## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-cv-20725-GAYLES/WHITE

**PAVEL CARDENAS,**

     **Movant,**

**v.**

**UNITED STATES OF AMERICA,**

     **Respondent.**

_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge ("Report") [ECF No. 18].  Movant, Pavel Cardenas, filed an amended *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 attacking his conviction and sentence entered in case number 16-cr-20062-GAYLES (the "Motion") [ECF No. 12]. The matter was referred to Judge White, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 3]. Judge White's Report recommends that the Court deny the Motion and that no certificate of appealability be issued. Movant has failed to file timely objections to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which

*no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has carefully reviewed the Report, the record, and the applicable law. The Court finds no clear error with Judge White's well-reasoned analysis and agrees that the Motion must be denied.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)   Judge White's Report and Recommendation [ECF No. 18] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2)   the Motion to Vacate [ECF No. 1] is **DENIED**;

(3)   no certificate of appealability shall issue; and

(4)   this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of May, 2018.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE